# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DORTHENA SCRIBNER**  PLAINTIFF

**v.**  4:06CV01315-WRW

**PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**  DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, the claims of Plaintiff Dorthena Scribner should be, and hereby are, DISMISSED.

IT IS SO ORDERED this 17th day of April, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE